# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**OUTDOOR MANAGEMENT DISPLAYS, LLC**
**And ED DANIEL IV, Attorney at Law**                                     **PLAINTIFFS**

v.                                          4:24-cv-01058

**FEDERAL HIGHWAY ADMINISTRATION**                    .          **DEFENDANT**

## ORDER

The parties have reached a settlement. Accordingly, the motion to dismiss, docket # 11, is GRANTED. This case is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 10th day of March, 2025

_____
UNITED STATES DISTRICT JUDGE